UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shaun R. Touchtone,

        Plaintiff,                                    Case No. 09-13500

v.                                            Hon. Nancy G. Edmunds

Commissioner of Social Security,

        Defendant.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections if any, the Court hereby ACCEPTS AND ADOPTS Magistrate Judge's Report and Recommendation. It is ordered that Plaintiff's motion for summary judgment is DENIED, Defendant's motion for summary judgment is GRANTED, and the findings of the Commissioner are AFFIRMED, and the case is hereby DISMISSED.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated: March 24, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on March 24, 2011, by electronic and/or ordinary mail.

                                  s/Carol A. Hemeyer
                                  Case Manager